IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Brian Richman #73707
(full name)    (Register No.)

Plaintiff(s).

Case No. 16-3387-CV-S-MDH-P

v.

Christian County Sheriff
(Full name)
Brad Cole / officers/CO
on Duty at time of incident
Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Christian County Jail 110 ELM Ozark MO 65721

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Brian Richman   Register No. 73707
   Address 110 ELM #70 Ozark, MO 65721

B. Defendant Brad Cole Sheriff and Unknown Jailers at time of incident / Captain Ramsage
   Is employed as Sherif and Captain, Officers on Duty
   Names of officers were Refused To Me

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

I would like to state that with this list of names the only way I could possibly be sure is by the work roster the day of the incident. Everyone working on that shift would be responcible knowing what was being done to me. The video feed from Apod is also a Testament/proof of my claims. Subpena of records and video is best.

II.

  B. Defendant: Brad Cole
    Employed as: Sherif

  Defendant: Shadisky
    Employed as: CO

  Defendant:
    Employed as:

  Defendant:
    Employed as:

This Department refuses to give me the names of the officers/COs on duty at the time of the incident.

    Brian Richman w/p

Page 2 of 1

Case 6:16-cv-03387-MDH   Document 1   Filed 09/20/16   Page 2 of 6

III. Do your claims involve medical treatment? Yes ✓ No ___

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $ 10,000 / 000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
Because Staff has made sure my personal paperwork has been lost through Shake downs and searches. The Closest I can come to exact Date is 7/8/16 10:45 AM

D. If you have not filed a grievance, state the reasons.
Filed and Attached

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
   (Plaintiff)            (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
(Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. **Describe how each named defendant is involved. Include the names of other persons involved, dates and places.** Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

The Names of The officers on Duty The Night this took place Are being kept from me but can Be Verified by Shift Dockets and cameras and audio in pod. A Toilet backed up in my cell in A pod soaking Clothes Blankets, I was given a plunger to unclog Toilet While wading in Feces bare Footed Clothes splattered with Bio Hazard waste was given a mat to sleep on and Not allowed to Shower or given clothes Till Next morning. PM Result Staff infection, Not taken to Doctor for tests 10:45 to 7:00 AM

B. State briefly your legal theory or cite appropriate authority:

Cruel and unusual punishment, Health Violations. No Reason to be Humiliated and abused that way. I am Being detained for my court dates Not being punished This is only one of The many civil + Constitutional violations Happening at this Jail. I Even had to send off to get this 1983 because There is a totaly outdated and Non working Law Liebrary here. So unable to cite cases or statute do to No Law Liebrary.

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments. Dismiss pending cases for punishment I've Already endured and award dammages in amount court sees fit

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes____ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court? Yes_____ No ✓

If your answer is "Yes," state the name and address of the lawyer.

_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this 18th day of Sept 20 16

Brian Richman w/s
Signature(s) of Plaintiff(s)

4

Brian Richman
119 ELM # 70
OZARK, MO 65721

Legal
Mail

REC'D SEP 20 2016

Clerk of Court for the
Western District of Missouri
222 N. John Q. Hammons
Springfield, MO 65890

SPRINGFIELD MO 658
19 SEP 2016 PM 2 L

65806-255950