This can be considered as level #3.

martin 136
7-18-16
Richman

**REQUEST FORMAL REQUEST FOR REMEDY**
**LEVEL #2 LT. OR SGT.**
(3)

INMATE: Brian Richman     DATE/TIME 7/18/16

I, THE ABOVE NAMED INMATE AM DISSATISFIED WITH THE LEVEL #1 RESPONSE AND WISH TO RESUBMIT FOR FURTHER REVIEW AND CONSIDERATION BECAUSE:

STATE REASON: The Health issues of being made to sleep in fecal soaked clothes & from an over flowing toilet are not being taken serious by staff in this Jail. All of my Requests have been ignored. Now I want legal action taken on staff and Jail alike. I demand immediate release to be checked for Health Problems that can be caused by biohazard material. I do not want informal res. I want legal action taken. Restraining orders against staff and sheriffs dept. and charges filed.

***************************************************************

RECEIVED BY: _____ DATE/TIME 7/18/16 @ 2315

SUPERVISOR'S RESPONSE: After the making of this document I fear for my safety. Seeing as how my safety has already been ignored anything is conceivable now. My attorneys have been notified of the heretofore civil rights violations in this case and depending on response to this request will be filing proper charges. My requests have been suggested by legal counsel and will be pursued as such.

Brian Richman
7/18/16

DATE: _____ SIGNATURE: Refused to sign

INMATE ADVISED AND GIVEN COPY OF RESPONSE DATE/TIME _____

IF DISSATISFIED WITH THE SUPERVIORS'S RESPONSE, APPEAL BY SUBMITTING A REQUEST FOR ADMINISTATIVE REMEDY, LEVEL #3 ADMINISTRATIVE ASSISTANT OF THE JAIL WITHIN 2 CALENDER DAYS.
DISTRIBUTION: WHITE=INMATE FILE
 COPY: YELLOW=INMATE FOR ATTATCHMENT TO LEVEL #3
 COPY: PINK= INMATE RETENTION

This has been handled by Sgt

7/20/16
924

Case 6:16-cv-03387-MDH   Document 1-1   Filed 09/20/16   Page 1 of 2

Brian Richman
119 ELM #70
OZARK, MO 65721

Legal Mail

RECD SEP 20 2016

SPRINGFIELD MO 658
19 SEP 2016 PM 2 L

Clerk of Court Before
Western District of Missouri,
222 N. John Q Hammons
Springfield, MO 65890

65806-255950