Dear Paige Wymore-Wynn
        Clerk of Court
        Oct 15, 2016
RE: Brian Richman
Case #. 16-3387-CV-S-MDH-P

    I am writing in the above named
case so additional pages can be attached
as Attachments to origional Filing.
    These would have been sent with
origional Filing but this Institution
would not give me copies of them
however I was able to get origionals
from family to send to You, that I
kept for personal records of.

    Attachments to Civil Case
  Civil Case# 16-3387-CV-S-MDH-P
    There are 11 pages total for
the Courts-records.

    Thank you for your time on this
matter.

                    Respectfully
                    Brian Richman 10/15/16

Case 6:16-cv-03387-MDH   Document 1-2   Filed 09/20/16   Page 1 of 17

# Christian County Sheriff's Office
## Sheriff Brad Cole

Date: 8/1/2016

To: Whom it May Concern

From: Megan Tayman

RE: Richman, Brian Andrew DOB: 07/24/1968

Brian Richman was brought to Christian County Jail on 6/26/2016 on two Christian County Warrants and is still in our custody. Case number's 15CT-CR02237-01 & 16CT-CR01306-01.

Megan Tayman
Jail Administrative Assistant

110 W. Elm, Room 70 • Ozark, Missouri 65721
417-582-5330 • Fax: 581-1641
sheriff@christiancountysheriff.net

# CHRISTIAN COUNTY JAIL
## ADMINISTATIVE REMEDY REQUEST
### LEVEL #3 REQUEST FOR REMEDY

**NOTE: YOU MUST INCLUDE THE YELLOW COPY OF PREVIOUS LEVEL RESPONSE.**
*********************************************************************

INMATE NAME: _____

POD & CELL: _A11_____

SENTENCED{ } UNSENTENCED { }

**PART A- INMATE REQUEST:** Being that Civil Rights do not discriminate. I being a state detained man who has contracted a staff infection from black collf waste + being made to sleep In clothes soaked in waste from 10:45pm till 11:00 Am believieve it possible that I very well could've gotten anything else from same. being much also flea staff, even after Requesting Numeros Times for clean clothes to shower, and made to sleep on dayroom floor wet with waste from toilet over flow and was Met with a short that I did not come from staff but another Detainee because he could see I was cold and wet. I am not part of the scope of Civil Rights, by asting for immediate

DATE: _7/22/2016_ 9:__ INMATE SIGNATURE _Brian Richman_ JCCI-2077 7

*********************************************************************

**PART B- ADMINISTATIVE RESPONSE** Release Medical Treatment and cleaning

for other possible infections and/or diseases that could have came from this. I am currently being treated for a staff infection from this incident and, The antibiotics are not working. my arm needs to be lanced open and Drained of infection (eigath) and this is not for tobe done in unsterile environment. I do not believe that the response on level # 2 was acceptable because this comes down to a mans Limb and possible life if this infection goes septic/to blood Poising. Everything I am saying can be backed up as it has backed by Jail records across to except a A Pod video.

DATE/TIME _7-25-16_ 8/8 ADMINISTRATIVE SIGNATURE: _____

INMATE SIGNATURE: _____ WITNESS: _____

*********************************************************************

**DISTRIBUTION: ORIGINAL: WHITE = INMATE FILE**
**COPY: YELLOW = JAIL ADMINISTRATOR**
**COPY: PINK = INMATE FOR RETENTION**

Please stop writing on the entire form. You may Contact your Attorney if you wish. You may also Contact The medical staff for medical treatment.

# REQUEST INFORMAL REQUEST FOR REMEDY
## LEVEL #2 LT. OR SGT.

16 OCT 25 PM 2:58 RECEIVED

**INMATE:** _____ **DATE/TIME** _____

I, THE ABOVE NAMED INMATE AM DISSATISFIED WITH THE LEVEL #1 RESPONSE AND WISH TO RESUBMIT FOR FURTHER REVIEW AND CONSIDERATION BECAUSE:
**STATE REASON:** _____

_All of my Requests have been ignored staff in this_
_Legal documentation been ignored Now I_
_Demand immediate release to be checked_
_for my Health problem that can be cured_
_by bio-hazard material I do not want_
_Informal Resolution I want Legal action_
_taken) Restraining orders against staff_
_and sheriff dept and charges filed_

*******************************************************************

**RECEIVED BY:** _____ **DATE/TIME** _____

**SUPERVISOR'S RESPONSE:** _____

_Seeing as How my safety Has already been_
_ignored anything is (unbelievable) now_
_my attorney is too notified of the_
_Civil Rights violations in this case and_
_Department sentence to this Request will_
_be filed and charges my release is not_
_being sought my Legal counsel and_
_security because_

_Allen Ackman_
_7/12/16_

**DATE:** _____ **SIGNATURE:** _____

**INMATE ADVISED AND GIVEN COPY OF RESPONSE DATE/TIME** _____

IF DISSATISFIED WITH THE SUPERVISOR'S RESPONSE, APPEAL BY SUBMITTING A
REQUEST FOR ADMINISTRATIVE REMEDY, LEVEL #3 ADMINISTRATIVE ASSISTANT OF
THE JAIL WITHIN 2 CALENDAR DAYS.
DISTRIBUTION: WHITE=INMATE FILE
        COPY: YELLOW=INMATE FOR ATTACHMENT TO LEVEL #3
        COPY: PINK= INMATE RETENTION

_This has been handled_
_July 16    721_

_OPT    7/20/16 924_

Christian County Jail A Pod D127
Bio Hazard clean up in Shower Shoes

On July 8th at lockdown we
Reported to staff that our toilet
over Flowed. As we had reported
a couple days earlier that had been
happening, my Bunky Jackson Boyle
had been given a Sanction for
using toilet in other Cells, witch
is the Regular at over crowding
anyway (and should be expected when
a cells toilet is occasionally
over Flowing) (He was given 5 day lockdow
for using another Cells toilet)
at this time we have been waiting
for staff to bring us clean clothes
towels ect. after earlier having
been given plonger and mop to
clean up Sewer in our cell in
Shower Shoes and bare Feet
it is now 1:00 Am and we still
await clean Cloths and Products
To clens ourselves after wading
in fiecies In attempt to clean
up
There is no Reason we should
not be priority to clean ourseli
up especially when the guards
wont go in cell with Shoes
                                        at least

Unsanitary and a Health hazard
even when I asked for Rubber boots
to continue cleaning, upon exiting
after trying to keep it from
spreading to inmates in the
dayroom on I was asked to return
back in the cell to retrieve a
disenfectant bottle that is/was
empty.
Even in an attempt to help
contain the spread of suige
we have not been given the
decency of any way to clean
ourselves or clean clothes.
everyone in this pod on
July 8th in Christian County it
is witness to this and should
not be Happening, also witnesses
to the toilet stopping up on many
previous occasions.
    Staff and medical staff alike
knowing that suige is a hazard
and should be handled as such.
officer Schadisky (3rd) was Notifying
a higher up (Lut, Capt Shift) whoever
I'd not know but at this time
we are being made to lay in
Clothes and wet feet of suige

5

immediately upon shift change I on 7/3/16
Notified officer 3 _____ 2:00p

what had previously happened and asked
for clean clothes towels and blankets
as can be seen If we are laying on
floor in day room wet from sewer we
blankets ect and still yet we
are left laying here without concern
by any staff (ois, luiten cap, or
sherif) this is so far of the
chart of not right I dont know
how to explain it.

I am laying with only a sheet
as blankets are soken wet and
it is very cold.

why is no one even giving the
decency of allowing us clean
shoes and clothes/blankets
I have asked and continue
to ask All staff coming thru
on thier checks I am told
everytime they will check on
they will do/get for us.

this is not how a person
should be treated by anyone
any where.. asking to talk
to luit/captain/sherif I'm
told that not how it work

( SAVE )

"Legal Documentation"
of Biohazard

① 1. Day officer ~Bishop~ Just asked me
to use gloves and put Blankets
sheets clothes in TrashBags
so it could all be put in
Bio Hazard Trash I Refused

For obvious Reasons Biohazard
That I was soaked in and now
They throwing clothes in trash
that I was forced to
ware all night long. Time 10:34 Am
Told me Corporal Snow wanted me to Fill
out informal Res to staff I refused
saying this is of criminal legal mesures
not internal ~res~ informal elutions.

I have told every officer since
this incident that I wanted to go to
be checked out for any infections or
diseases from being exposed to BioHazard
material and I have been and am being
ignored.
I have asked for audiance with
Corporal Sergeant Lt Chief Deputy and
the sherif as well as a Judge.

Case 6:16-cv-03387-MDH Document 1-2 Filed 09/20/16 Page 8 of 17

5:45 or
6:00 Am Staff comes through (for count I tell her that We have been on the Floor for Hours now wet from Sewage and cold No heat or blanket made to Sleep with Just sheet on on Floor all night.
the Co that reported issue at 10:45 lock down told me they Short handed and he had to take in prisioner to Hospital that was more important then us laying in sewage wet clothes and that why we had to wait till approx 6:00 Am I have been given clean clothes Boyle has not he Still waiting to get cleaned up personally.
I have asked to Speak to breuitenant Seargent, Sherif, Judge. So far 7:00 being ignored Just like all night asking for clothes so we could clean up after Hazardous waste, and that we'd be gotten fresh blankets sheets beds to Sleep on once we were cleaned up. Lies
Now 9:20 am Still No blankets No mat cold to the bone from Sleeping on Floor. Still No Leuit, Cap Sherif of Judge that I asked Staff to Speak to.
This has got to Stop.

7/18/16 (tues) also there is No Congestion in Chest
and throat doesn't appear to be Red
often for maybe Allergy type agitation.
Medical staff is lieing to me on
Regular basis. Proof
After being told all sounded + looked
good I was given Medicine ⊘ twice.
I have taken the meds only so it will
be documented and all they have told
me will be proof Of lied.
Noon today Med pass I was given
once again Meds Mucinex for Congestion
that I was told earlier I did not
have. And I was told the Doctor
would see me on wednesday after
having been put off this long over
a biohazard incident is Unheard
of it Requires immediate Attention.
not 10 15 day delay.

7/20/16 (wed) Today I was taken to see doctor for
obvious staff on body but was told that
anything I may have Contracted from a biohazard
spill (in this case Raw Sewage) would take more the
thirty (30) days to show its self, meaning that
the antibiotic I was/am being given is
an antibiotic "Specifically" for sewage
spills and for that it will be ... (continued)
I asked for Release to got checked + its being ignored

6.

My requests are being ignored as I suspected would be, this is not being taken serious by staff.

They Joke about it making light of this all while once again the clothes and bedding that I was made to sleep in were put in Bio Hazard trash and thrown away destroyed.

every day since this incident I have asked to speak to someone in charge ie Legit, Capt, seargent, Sherif Dept sheriff.

7/12/16 all of my Requests have been ignored This is be-yond Normal or Legal. I will continue making Requests until I am Released when I will File Criminal charges against This Jail, Sherif and staff.

7/17/16 Request speak to Nurse, Seen nurse She was unaware that I was made to wear biohazardous clothes all night long.

7/18/16 Spoke to another nurse today I was informed that (though I've been sick for several days) No Fever temp was 98.6, O² sat unknown would not tell me, and BP was 126/98 when the numbers i seen were 186/98 whitch would be closer I take high BP medicine & have for years.

(8)

7/20/16 My requests for medical attention are being ignored However it is moving its way up rank. The Doctor Just as the rest of the staff are passifying me skirting around the seriousness of Heath issues in this situation. My life + health hangs in the balance. With these peoples Decisions and not allowing me to be checked out by professional Medical staff.

As I have pointed out I am being lied to on many occasions and it continues. Antibiotics were to begin today. for infections caused by raw sewage but are not in yet When after all this time I should have already been on them. but once again made to wait Ba Level 2 grievance sent back and Sighned by Captain See Copies. it is answered " This has been Handled". and I Quote.

7/21/16 I was told by the nurse that I am on a antibiotic called LevaQuin the doctor told me it was for Sewage type infections after telling me there wouldnt be any sighns of infection for 30 days or so but is giving me an antibiotic for biohazard spills such as bodily waste. ?? hmm

9
continued

7/21/16 I have told the nurse at Med
     Call or pill pass that my arm is swollen
and is as can be seen obviously infected.
with what can only be staff infection.
By the looks of it.

7/22/16 given new bandage for elbow
nobody has checked it + have told
the nurses and officers of the pain
I'm in and my arm is throbbing.
Today is second day on antibiotic
and no change in infected area.
it is reaching dangerously swollen
and if it gets worse could become
sepsemia Blood poisioning.

1:00 AM spoke to Pod officer told her
my arm hurting + swollen discharge
is green in color she was going to
tell someone else of my problem
and get back to me.
The infection is getting to the point
that its causing unbearable pain.
Something has to be done.

3:00 AM arm throbbing still and officer
tells me can do nothing until Next
Nurse comes in also informed
me that she Notified srgnt on/about
my arm and He/she said Nothing we
can do. This is not a bruisor broke
bone this is an infection

4 7.24/16 starting to feel body soreness all
over deep in joints, Not normal for
me I will ask again To be taken to
Hospital to have blood tested.
I have been being harassed by
staff on a regular basis in this
jail by all the staff on different occasions
for no Reason. even at my girlfriend
house outside of this County jail.
there is no cause for this and
any action I make to get letters
out they are Denied
What all this stems from is as far
as I can tell Brad Cole.

7/23/16    spoke to nurse and she seems to
think she/they can play this off
as a bite or so it seems if I
didnt catch something from this
bio Hazard incident why am I
being given Antibiotics for anything.
The proper people are brushing this
off when they should be helping me
These types of infections are
treated a Cirtain/spacific way
because of damage they can cause,
To a body/person.
Ive expressed how painful it is
and I'm told to "grow up" from
Medical staff Head Nurse.

7/24/16    When I see Med staff tonight
3:15    I'm going to tell them that this need
to be lanced open and drained or
infection will not go away and
it is very painful.

7/25/16    at 8:40 ± my my level #3 to the Sherif
has been denied dening me for
medical treatwent.

7/26/16    Even with Antibiotic small sores keep
coming up all over my body that wont
heal and wont take me to get
own lanced + packed with gauze
Can heal.



Brian Richman
Holms St Apt #6
OZARK MO 65487
365 W Sunshine St
Springfield MO 65807

U.S. POSTAGE
PAID
SPRINGFIELD, MO
65804
OCT 14, 2016
AMOUNT
$5.45
R2305M1491S9-14

7016 0910 0001 9091 3652

Office of the Clerk
(Paige Wymore-Wynn)
United States District Court
Western District of Missouri
400 E 9th St Rm 1510
Kansas City MO 64106

FOREVER
USA